that order was to serve an amended complaint, identical with the former one, save for the omission of paragraphs " Seventh " and " Ninth." He had no right to serve a complaint in a new and different form and if defendant stood upon the right to have the latest amended complaint stricken out, its motion would have to be granted. As it waives its right so to do upon this appeal, asking only for the alternative relief of having the " Eighth " paragraph stricken out (which corresponds to the " Ninth " paragraph of the former complaint), it will be granted the relief it seeks. The order appealed from will be reversed, with ten dollars costs and disbursements, and the motion granted to the extent of striking out the " Eighth " paragraph of the amended complaint verified December 24, 1917. Clarke, P. J., Laughlin, Page and Shearn, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in opinion.

WILLIAM F. CARELL, as Trustee, etc., Respondent, v. ELIZABETH ROSEN-BLATT and Another, Appellants.— Judgment modified by eliminating interest on the balance of the bank account as it stood on January 1, 1915; and as modified affirmed, with costs to respondent. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES J. GRUNERT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RUTH ACKERMAN, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. LILLIAN ACKERMAN v. FIFTH AVENUE COACH COMPANY.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J., dissented.

JOHN GRAHAM, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL DOY-NOW and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROSIE POPKIN, Respondent, v. GIMBEL BROTHERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

OSCAR POPKIN v. GIMBEL BROTHERS.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES GREEN-BERG, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS STEIN, Respondent, v. ANNIE PECHTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SARAH A. BOLLARD, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Determination affirmed, with costs, on opinion of

Lehman, J., at Appellate Term. (Reported in 98 Misc. Rep. 286.) Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ISABELLE LOWEN, Respondent, v. HENRY H. DREYER and Another, as Executors, etc., Appellants.— Judgment modified by reducing same to $2,387.60, including costs, with interest on $2,300 thereof from November 22, 1916, the date of the demand on the executor, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL WALSEY and Another, Copartners, etc., Respondents, v. R. NEUMANN & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CRAMP & COMPANY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT E. CRUTCHFIELD, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HELEN LEVY, an Infant, by MARGARET DEUTSCH, Her Guardian ad Litem, Appellant, v. MAURICE LEVY, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THOMAS P. MCKENNA.— Proceeding dismissed. Order to be settled on notice. Present — Scott, Laughlin, Smith and Page, JJ.

In the Matter of WHITE PLAINS ROAD.— Motions for leave to appeal to the Court of Appeals denied; reargument ordered in this court. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of JOSEPH A. YOUNG.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ARCHIBALD PALMER v. ALPHONSE BUCHLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FANNY RADER v. LEO J. RADER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CARBONE.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ESTHER LEIT.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PHILIP LESCHNICK v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

EUGENE SAXE v. J. CALVIN BOGERT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

BOGUE-WENSLEY LEAD COMPANY v. PAUL WENGER.— Application denied,